[No. 48054-5-I.   Division One.   December 16, 2002.]

KENT DAVIS, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

CINDY L. SCOTT, *Plaintiff*, ELLEN M. NORRIS,
ET AL., *Appellants*, v. THE CITY OF
SEATTLE, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 98-2-30744-7, Peter D. Jarvis, J., entered May 9, August 16, September 21 and 25, November 17, and December 29, 2000. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Agid, JJ.

[No. 48974-7-I.   Division One.   December 16, 2002.]

BETTY C. DAHLQUIST, *Petitioner*, v. PATRICK G. VUKICH,
*Respondent*.

Appeal from judgments of the Superior Court for King County, No. 00-2-08221-5, Dean Scott Lum, J., entered June 1 and August 31, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49143-1-I.   Division One.   December 16, 2002.]

PACIFIC RIM DEVELOPMENT AND CONSTRUCTION, L.L.C.,
*Appellant*, v. SNOHOMISH COUNTY,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-09071-2, Ronald L. Castleberry, J., entered August 6, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ.

[No. 49476-7-I.   Division One.   December 16, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. TIEN LAM,
*Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00479-9, Michael E. Rickert, J., entered October 19, 2001. *Affirmed* by unpublished per curiam opinion.